**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1017

ZIAD AKL,

Plaintiff - Appellant,

versus

ALFRED D. SWERSKY; SARAH HALEY; DEBORAH BAUM;
KAREN-FAYE MCTAVISH,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (1:06-cv-00964-LMB)

Submitted:  June 21, 2007          Decided:  June 26, 2007

Before NIEMEYER, WILLIAMS, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ziad Akl, Appellant Pro Se.  James Van Ingold, OFFICE OF THE
ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; Jack McKay,
PILLSBURY, WINTHROP, SHAW & PITTMAN, LLP, Washington, D.C., for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ziad Akl appeals the district court's orders granting the Defendants' motion to dismiss this civil action, and denying the subsequent motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Akl v. Swersky</u>, No. 1:06-cv-00964-LMB (E.D. Va. filed Nov. 17, 2006 & entered Nov. 20, 2006; filed Dec. 22, 2006 & entered Dec. 26, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>